IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JASON JORDAN, <br> Plaintiff, | Civil Action No. 7:16-cv-00033 |
| v. | **DISMISSAL ORDER** |
| VIRGINIA DEPARTMENT <br> OF CORRECTIONS, et al, <br> Defendant(s). | By: Glen E. Conrad <br> Chief United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

ORDERED

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 24th day of February, 2016.

_____
Chief United States District Judge